IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-cv-148-FDW-WCM

| | | |
|---|---|---|
| DERRICK CHUA, derivatively on behalf of DENTSPLY SIRONA INC.,<br><br>Plaintiff,<br>v.<br><br>SIMON D. CAMPION; GLENN G. COLEMAN; ANDREAS G. FRANK; GREGORY T. LUCIER; WILLIE A. DEESE; BRIAN T. GLADDEN, BETSY D. HOLDEN; CLYDE R. HOSEIN; JONATHAN J. MAZELSKY; LESLIE F. VARON; JANET S. VERGIS; DOROTHEA WENZEL; ERIC K. BRANDT; HARRY M. JANSEN KRAEMER JR.; and JOHN P. GROETELAARS,<br><br>Defendants,<br><br>and<br><br>DENTSPLY SIRONA INC.,<br><br>Nominal Defendant. | ) | ORDER |

This matter is before the Court on a Joint Motion to Stay Derivative Action (the "Motion to Stay," Doc. 6) and a Joint Motion to Adjourn Deadlines in Response to Dentsply Sirona Inc.'s Motion to Dismiss (the "Motion to Adjourn Deadlines," Doc. 13).

By the Motion to Stay, the parties request a temporary stay of this

matter in light of a related securities class action that is pending in the U.S. District Court for the Southern District of New York styled as In re Dentsply Sirona, Inc. Securities Litigation, Case No. 1:24-cv-09083-NRB (S.D.N.Y.) (the "Securities Class Action").

The Motion to Stay (Doc. 6) is **GRANTED** as follows:

1. This matter is **TEMPORARILY STAYED** until further order of the Court.
2. The parties shall file a joint status report every ninety (90) days setting forth the status of the Securities Class Action, with the first report being due on or before July 23, 2026.
3. The parties remain free to agree among themselves to provide notice to each other regarding any other potentially related matters.
4. The temporary stay imposed herein likewise does not prohibit the parties from a) seeking the entry of a protective order regulating the production of documents and information that the parties may wish to exchange voluntarily or b) filing a motion to request that the temporary stay be lifted.

By the Motion to Adjourn Deadlines, the parties move to stay the briefing deadlines associated with Dentsply Sirona Inc.'s recently filed Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint (the "Motion to Dismiss," Doc. 10) until after a ruling on the Motion to Stay is issued.

The Motion to Adjourn Deadlines (Doc. 13) is **DENIED AS MOOT**. Absent further order of the Court, any response to the Motion to Dismiss shall be due within 14 days of the lifting of the stay and any reply shall be due within 7 days of the filing of the response.

It is so ordered.

Signed: April 29, 2026



W. Carleton Metcalf
United States Magistrate Judge