UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-148-FDW-WCM

| | | |
|---|---|---|
| **DERRICK CHUA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SIMON D. CAMPION, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court following the filing of the Joint Status Report. (Doc. No. 16.)

The Court previously entered a stay in this case at the parties' request as there was a related matter pending in the U.S. District Court for the Southern District of New York. (Doc. No. 14.) The Court's stay order required the parties to file a Joint Status Report every ninety days setting forth the status of the related action. Id. at 2. The recent Joint Status Report notes that "[o]n October 20, 2026, the parties to the Securities Class Action reached an agreement in principle to settle that action." (Doc. No. 16 at 2.) Given the agreement in principle, the Court finds it appropriate to deny without prejudice Defendant Dentsply Sirona Inc.'s ("Defendant") Motion to Dismiss. (Doc. No. 10.) Defendant may refile its motion if the present case is not resolved and the stay is lifted.

**IT IS, THEREFORE, ORDERED** that Dentsply Sirona Inc.'s Motion to Dismiss, (Doc. No. 10), is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: November 18, 2026

Frank D. Whitney
Senior United States District Judge